PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
06 SEP -6 PM 12: 32
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

U. S. A. vs. Cook, Casey                    Docket No. 06CR1145LAB-001

### Petition for Action on Conditions of Pretrial Release

Comes now Charlene Delgado Pretrial Services Officer presenting an official report upon the conduct of defendant Cook, Casey who was placed under pretrial release supervision by the Honorable Larry A. Burns sitting in the court at San Diego, on the thirtieth day of August, 2006, under the following conditions:

restrict travel to State of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; surrender himself within forty-eight hours after the funeral services; supervised by Pretrial Services; required to submit to active GPS monitoring and pay all costs associated therewith; submit to testing and/or treatment for drug/alcohol abuse as directed by Pretrial Services; and he shall reside at either his daughter's home or his sister in-law's home.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. Information regarding his mental health history was not known by our office prior to his release from custody.

PRAYING THAT THE COURT WILL MODIFY THE EXISTING CONDITIONS OF RELEASE TO ORDER THE DEFENDANT TO SUBMIT TO PSYCHOLOGICAL/PSYCHIATRIC COUNSELING.

ORDER OF COURT

Considered and ordered this __1__ day of __SEPT.__, 20__06__ and ordered filed and made a part of the records in the above case.

_____
The Honorable Larry A. Burns
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 083106

Respectfully,

_Charlene Delgado_
Charlene Delgado, U.S. Pretrial Services Officer
(619) 557-2992

Place __San Diego, California__

Date __August 31, 2006__